IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00142-MR-DLH

| | |
|---|---|
| ROBERT M. PITTS, Trustee in Bankruptcy for SHARON FORD, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| ALL-DRY OF THE CAROLINAS, INC., ) OWNERS INSURANCE COMPANY, ) and AUTO-OWNERS INSURANCE ) COMPANY, ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 27, 2015, the Plaintiff filed a Memorandum of Law in support of a Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment [Doc. 27]. The Plaintiff's brief, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 17 at 5]. Accordingly, the Plaintiff's supporting brief will be stricken.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Memorandum of Law in Support of Its Motion for Summary Judgment and in Opposition to

Defendant's Motion for Summary Judgment [Doc. 27] is **STRICKEN**. The Plaintiff may file a brief which comply with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge